FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
PATRICK H. MORAN (270881)
moran@whafh.com
WOLF HALDENSTEIN ADLER
   FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:   619/234-4599

VAHN ALEXANDER (167373)
valexander@faruqilaw.com
FARUQI & FARUQI, LLP
1901 Avenue of the Stars, Second Floor
Los Angeles, CA 90067
Telephone:  310/461-1426
Facsimile:   310/461-1427

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. KENNEDY and RAHMAN J. MOGHADDAM,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>OCCAM NETWORKS, INC., ROBERT L. HOWARD-ANDERSON, STEVEN M. KRAUSZ, ROBERT B. ABBOTT, ROBERT E. BYLIN, THOMAS E. PARDUN, ALBERT J. MOYER, BRIAN H. STROM, CALIX, INC., OCEAN SUB I, INC., and OCEAN SUB II, LLC, inclusive,<br><br>　　　　　　Defendants. | Case No.: CV 10-8665 RSWL (RZx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendants having not answered the Complaint or filed a motion for summary judgment, plaintiffs hereby give notice of their voluntary dismissal of their claims in this action without prejudice.

DATED:   March 9, 2011

WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT
PATRICK H. MORAN

*Rachele R. Rickert*
RACHELE R. RICKERT

750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

Attorneys for Plaintiff Rahman J. Moghaddam

DATED:  March 9, 2011

FARUQI & FARUQI, LLP
VAHN ALEXANDER

*Vahn Alexander*
VAHN ALEXANDER

1901 Avenue of the Stars, Second Floor
Los Angeles, CA  90067
Telephone: 310/461-1426
Facsimile: 310/461-1427

Attorneys for Plaintiff John F. Kennedy

OCCAM:18017.STIP

- 1 -

- 2 -

DECLARATION OF SERVICE

I, MAUREEN LONGDO , the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California 92101.

2. That on March 9, 2011, declarant served the NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a) via the CM/ECF System to the parties who are registered participants of the CM/ECF System.

3. That on March 9, 2011, declarant served the parties who are not registered participants of the CM/ECF System, via United States Mail.

4. That there is regular communication between the parties.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th day of March 2011, at San Diego, California.

_____
MAUREEN LONGDO

OCCAM NETWORKS, INC.
Service List – September 28, 2010
Page 1

COUNSEL FOR PLAINTIFFS

Francis M. Gregorek
Betsy C. Manifold
Rachele R. Rickert
Patrick H. Moran
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
    619/239-4599
    619/234-4599 (fax)
gregorek@whafh.com
manifold@whafh.com
rickert@whafh.com
moran@whafh.com

Counsel for
Plaintiff Rahman J. Moghaddam

Vahn Alexander
FARUQI & FARUQI, LLP
1901 Avenue of the Stars, Second Floor
Los Angeles, CA 90067
    310/461-1426
    310/461-1427 (fax)
    valexander@faruqilaw.com

Counsel for Plaintiff John F. Kennedy

Darren J. Robbins
Randall J. Baron
A. Rick Atwood, Jr.
David T. Wissbroecker
David A. Knotts
Eun Jin Lee
ROBBINS GELLER RUDMAN
 & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
    619/231-1058
    619/231-7423 (fax)

*   Willie C. Briscoe
    THE BRISCOE LAW FIRM, PLLC
    8117 Preston Road, Suite 300
    Dallas, TX 75225
        214/706-9314
        214/706-9315 (fax)

**\*Denotes Service via U.S. Mail**

*   Patrick W. Powers
    POWERS TAYLOR LLP
    Campbell Centre II
    8150 North Central Expressway
    Suite 1575
    Dallas, TX 75206
        214/239-8900
        214/239-8901 (fax)

Counsel for Plaintiff Christopher Kardosh

DEFENDANTS

John Tang
Patrick E. Gibbs
Andrew Farthing
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
    650/328-4600
    650/463-2600 (fax)

Counsel for Defendant Calix

Jerome F. Birn Jr.
Ignacio E. Salceda
Gregory L. Watts
Clay Basser-Wall
WILSON SONSINI GOODRICH &
ROSATI, P. C.
650 Page Mill Road
Palo Alto, CA 94304-1050
    650/493-9300
    650/565-5100 (fax)

Robert T. Ishii
WILSON SONSINI GOODRICH
 & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
    415-947-2000
    415-947-2099 (fax)

Attorneys for the Occam Defendants
Occam Networks, Inc., Robert L.
Howard Anderson, Steven M. Krausz,
Albert J. Moyer, Robert B. Abbott,
Thomas E. Pardun, Robert E. Bylin, and
Brian H. Strom

17807